## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00500-LBT

GARY GEISERT

    Plaintiff,

v.

JPMORGAN CHASE BANK

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gary Geisert stipulates to the voluntary dismissal with prejudice of all claims asserted by him against Defendant Chase Bank USA, N.A. (improperly named in the litigation as "JPMorgan Chase Bank"). Each of the Parties shall bear his or its own attorneys' fees and costs.

Dated: July 27, 2016.

| | |
|---|---|
| LAW OFFICES OF TODD M FRIEDMAN, P.C. | GREENBERG TRAURIG, LLP |
| /s/ *Todd M. Friedman* | /s/ *Jeffrey M. Lippa* |
| Todd M. Friedman | 1200 17th Street, Suite 2400 |
| 324 S. Beverly Dr., #725 | Denver, CO 80202 |
| Beverly Hills, CA 90212 | Telephone: 303-572-6500 |
| Email: tfriedmanattorneysforconsumers.com | Facsimile: 303-572-6540 |
| | Email: lippaj@gtlaw.com |
| **ATTORNEYS FOR PLAINTIFF** | Paul J. Ferak |
| | 77 West Wacker Drive |
| | Suite 3100 |
| | Chicago, IL 60601 |
| | Telephone: (312) 456-8400 |
| | Facsimile: (312) 456-8435 |
| | Email: ferakp@gtlaw.com |
| | **ATTORNEYS FOR DEFENDANT** |

*CHI 67265534v1*